JAMES A. GOLDSTEIN, ESQ. BAR NO. 51146
LAW OFFICES OF JAMES A. GOLDSTEIN
15260 Ventura Boulevard, Suite 1730
Sherman Oaks, Ca. 91403
Telephone: (818) 905-9797
Facsimile: (818) 905-6363

Attorney for Defendant,
HERBERT MONTOYA SOSA

FILED
2005 APR 18 A 10: 42
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT _____
BY_____
    DEPUTY

LODGED
MAR - 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> HERBERT MONTOYA SOSA ) <br> ) <br> Defendant (s). ) | NO. CRF-02-5446 OWW <br><br> **REQUEST FOR RECONVEYANCE AND ORDER** <br><br> **HONORABLE OLIVER W. WANGER <br> UNITED STATES DISTRICT JUDGE** |

I, JAMES A. GOLDSTEIN, declare as follows:

1. Defendant, HERBERT MONTOYA SOSA, was sentenced September 01, 2004 and ordered to surrender to the Board of Prisons on December 06, 2004, as directed by the United States Marshall.

2. At the time of sentencing I was the attorney of record for the Defendant, HERBERT MONTOYA SOSA.

3. On March 26, 2003, Raymond L. Portela, Jr., recorded an executed Deed of Trust (Short Form) for the property commonly known as:

   9940 Noble Avenue

   Mission Hills, CA. 91345

   for the bail purposes in the name of U.S. District Court Clerk for Defendant, HERBERT MONTOYA SOSA, (Attached as Exhibit A).

4. On December 06, 2004, Defendant, HERBERT MONTOYA SOSA, self-surrendered to the Board of Prisons, Terminal Island, FCI as directed by the United States Marshall and has been in custody serving his sentence since that time.

5. At this time, Request is hereby made that the following property be reconveyed as follows:

RAYMOND L. PORTELA, JR., the property commonly known as:

9940 Noble Avenue, Mission Hills, CA. 91345.

Dated: 03/01/05

Respectfully submitted,
LAW OFFICE OF JAMES A. GOLDSTEIN

JAMES A. GOLDSTEIN

### ORDER

**IT IS HEREBY ORDERED** that the following properties be reconveyed:

RAYMOND L. PORTELA, JR., the property commonly known as:

9940 Noble Avenue, Mission Hills, CA. 91345.

Dated: 4-15-05

UNITED STATES DISTRICT JUDGE

RECORDING REQUESTED BY
Raymond L. Portela, Jr.

for defendant Herbert Montoya-Sosa
case # Eastern District 02-CR-5446-1

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
1130 O Street, Room 5000
Fresno CA 93721

**03 0846110**

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

THIS DEED OF TRUST, Made this  03/25/03  between Raymond L. Portela, Jr.
herein called TRUSTOR, whose address is
**9940 Noble Avenue     Mission Hills CA 91345**     and  Pacific Corporate and Title Services Inc.
herein called TRUSTEE; and  Clerk, U.S. District Court, Eastern District of California at Fresno
herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS : State of California, County of    Los Angeles
Lot 51 of Tract No. 17858, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 451 Page (s) 18 to 20 inclusive of Maps, in the office of the Los Angeles County Recorder.

Common Address:    9940 Noble Avenue Mission Hills CA 91345        APN# 2660-024-032

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s)    **Herbert Montoya-Sosa**      in Case No  **Eastern District 02-CR-5446-1**
which includes an obligation by said Trustor(s) surety(ies) in the amount of    **$ 89,181.54**

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 33 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 515 | | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 763 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 19 | San Diego Series | | 5 Book | 1964. | Page 149774 | |

CR-5 (09/97)              SHORT FORM DEED OF TRUST

Exibit A

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

**03  0846110**

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

X _____
Raymond L. Portela, Jr.

X _____

State of California
County of Los Angeles

On     3/25/03  before me Chris Kiperman, a notary public, personally appeared
Raymond L. Portela, Jr.
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

_____
Signature

CHRIS KIPERMAN
Commission # 1225351
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2003

**REQUEST FOR FULL CONVEYANCE**
To be used only when note has been paid.

To _____, Trustee    Dated _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (09/97)                    SHORT FORM DEED OF TRUST




This page is part of your document - DO NOT DISCARD



CUBB

03  0846110

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

11:01AM MAR 26 2003

TITLE(S) :





L E A D   S H E E T

FEE   FEE $17   | |
      DAF $4
      C-20   2

D.T.T



NOTIFICATION SENT $4

CODE
20

CODE
19

CODE
9____

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black Ink.          Number of Parcels Shown




THIS FORM NOT TO BE DUPLICATED

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
   I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address: 15260 Ventura Blvd., Suite 1730 Sherman Oaks, CA. 91403-5307.

   On **March 01, 2005 I** served the foregoing document described as follows:(2) **REQUEST FOR RECONVEYANCE AND ORDER: UNITED STATES V. HERBERT MONTOYA SOSA: NO.: CRF-02-5446 OWW**
on the interested parties in this action by placing [   ] copy [ X ] original thereof enclosed in a sealed envelope addressed as follows:

United States District Court
Clerk's Office
Attention: Tim
1130 O Street
Fresno, Ca. 93721

__X__   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sherman Oaks, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

_____   (BY PERSONAL SERVICE) I delivered with envelope by hand to the offices of the addressee.
Executed on                    **at Sherman Oaks, California.**

_____   (BY FACSIMILE) by use of facsimile machine telephone number (818)905-6363. I served a copy of the within document on the interested parties in the within document on the interested parties in the within action by transmitting to the numbers above. The facsimile machine I used complied with California Rules of Court, rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

__X__   (STATE) I declare under penalty of perjury under the law of the state of California that the above is true and correct.

Executed on **03/01/05** at Sherman Oaks, California.

ESMERALDA R. TORRES

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address: 15260 Ventura Blvd., Suite 1730 Sherman Oaks, CA. 91403-5307.

On **04-01-05** served the foregoing document described as follows:
**REQUEST FOR RECONVEYANCE AND ORDER: UNITED STATES V. HERBERT MONTOYA SOSA: CASE NO.: CRF-02-5446 OWW**
on the interested parties in this action by placing [ ] copy [ X ] original thereof enclosed in a sealed envelope addressed as follows:

United States District Court
Clerk's Office
Attention: Tim
1130 O Street
Fresno, CA. 93721

\_\_X\_\_\_\_\_     (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sherman Oaks, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

_____     (BY PERSONAL SERVICE) I delivered with envelope by hand to the offices of the addressee.
Executed on                    at Sherman Oaks, California.

_____     (BY FACSIMILE) by use of facsimile machine telephone number (818)905-6363. I served a copy of the within document on the interested parties in the within document on the interested parties in the within action by transmitting to the numbers above. The facsimile machine I used complied with California Rules of Court, rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

\_\_X\_\_\_     (STATE) I declare under penalty of perjury under the law of the state of California that the above is true and correct.

Executed on **04-01-05** at Sherman Oaks, California.

ESMERALDA R. TORRES