UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:02-cr-5446 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| HERBERT MONTOYA SOSA, ) | PASSPORT |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having been sentenced and having surrendered to the Bureau of Prisons as directed,

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or his representative.

IT IS SO ORDERED.

Dated:   March 3, 2006                    /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE